UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-CV-0868 |
| Petitioner, | |
| | ORDER |
| v. | |
| RANDALL S. COLLINS, | |
| Respondent. | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation, in which the Magistrate Judge recommends that Petitioner's motion seeking civil contempt be granted and that Respondent be fined $75 per day for each day the records and other information at issue here are not produced (doc. 17).[1] No

---

[1] In the alternative, the Magistrate Judge recommends that if Petitioner was satisfied by Respondent's immediate compliance with the summons and thus moved to withdraw the instant motion on or before December 15, 2012, then

objections were filed.

Having reviewed this matter pursuant to 28 U.S.C. §636(b), the Court finds her Report and Recommendation to be thorough, well-reasoned and correct and adopts and affirms the report in its entirety. Accordingly, Petitioner's contempt motion is GRANTED (doc. 10) and the Court DIRECTS the Clerk to fine Respondent $75 per day for each day the records and other information demanded by the summons are not produced, beginning the day this Order is filed. Finally, the Court terminates this case on the docket.

SO ORDERED.

Dated: 12/20/12

S. Arthur Spiegel
United States Senior District Judge

---

the motion should be denied as withdrawn (doc. 17). However, December 15 has come and gone, and Petitioner has not so moved. Thus, the Court proceeds on the Magistrate Judge's primary recommendation.